# Third District Court of Appeal

**State of Florida**

Opinion filed June 14, 2017.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D17-232
Lower Tribunal No. 01-6785

_____

**Alonso Valencia,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Diane V. Ward, Judge.

Alonso Valencia, in proper person.

Pamela Jo Bondi, Attorney General, and Jill D. Kramer, Assistant Attorney General, for appellee.

Before SUAREZ, C.J., and LAGOA and FERNANDEZ, JJ.

LAGOA, J.

Alonso Valencia appeals the trial court's order denying his post-conviction motion filed pursuant to Florida Rule of Criminal Procedure 3.850, or in the alternative, motion to amend judgment and sentence filed pursuant to Florida Rule of Criminal Procedure 3.800. We affirm the trial court's order. We write only to commend the trial court on its well-written order, which facilitated this Court's review.